UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 05-40016 |
| Plaintiff, | **MOTION TO JOIN** |
| vs. | **CO-DEFENDANT'S MOTIONS** |
| REYES FABIAN OLIVERA-MENDEZ, and SERJIO RUELAS, | |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

John A. Schlimgen, attorney for Defendant, Serjio Ruelas, hereby joins the following Co-Defendant, Reyes Fabian Olivera-Mendez's Motions:

1. Motion for Discovery;

2. Motion to Compel Discovery;

3. Motion for a Bill of Particulars;

4. Motion to Preserve Agents' Notes;

5. Motion for List of Government Witnesses;

6. Motion for an Order Requiring; and

7. Motion to Suppress Illegally Obtained Evidence.

Dated this 4th day of March, 2005.

STUART, GERRY & SCHLIMGEN,
PROF. LLC

By:/s/ John A. Schlimgen
John A. Schlimgen
507 W. 10th Street
P.O. Box 966
Sioux Falls, SD 57101-0966
Telephone: (605) 336-6400
Fax: (605) 336-6842