UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR05-40016 |
| Plaintiff, | GOVERNMENT'S MOTION IN LIMINE REGARDING REFERENCE TO PENALTY OR PUNISHMENT |
| vs. | |
| REYES FABIAN OLIVERA-MENDEZ and SERJIO RUELAS, | |
| Defendants | |

Comes now the United States of America, by and through Assistant United States Attorney John E. Haak, and submits the following Motion in Limine for consideration by the Court.

The government moves the Court in limine for an order precluding the defendants, their attorneys, or any witnesses from making any comment or reference, whether direct or indirect, to penalty or punishment in this case.  By this motion, the government seeks to preclude any reference to penalty or punishment at any point in the trial, but in particular, if the defendants choose to testify, to preclude any questioning related to their "future plans."  Penalty, punishment, or *ramifications or consequences* following imposition of punishment are not relevant in this case.  This issue is not within the purview of the jury and should not be referred to either directly or indirectly by either party.  *United States v. Thomas*, 895 F.2d 1198 (8th Cir. 1990).

Dated and electronically filed this  14th  day of June, 2005.

                                      MICHELLE G. TAPKEN
                                      Acting United States Attorney


                                      */s/ JOHN E. HAAK*
                                    JOHN E. HAAK
                                    Assistant United States Attorney
                                    P.O. Box 3303
                                    Sioux Falls, SD 57101-3303
                                    (605)330-4400

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this  14th  day of June, 2005, a true and correct copy of the foregoing was served upon the following person(s), by placing the same in the service indicated, addressed as follows:

Jack Friedlander – via e-filing to:
office@jackfriedlander.com

John A. Schlimgen – via e-filing to:
schlimgen@sgsllc.com

Clint L. Sargent – via e-filing to:
clint@meierhenrylaw.com
lisa@meierhenrylaw.com


                                      */s/ JOHN E. HAAK*
                                    JOHN E. HAAK
                                    Assistant United States Attorney